**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6745**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

MONROE HAROLD SMITH,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Terrence W. Boyle, District Judge.  (4:09-cr-00032-BO-1; 4:12-cv-00161-BO)

Submitted:  December 5, 2013          Decided:  December 19, 2013

Before MOTZ, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Monroe Harold Smith, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monroe Harold Smith appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2013) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm. We deny Smith's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED